# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brooks, Timothy L. | U.S. District Court, Western District of Arkansas | 5/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge - Active | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2015 **to** 12/31/2015 |

**7. Chambers or Office Address**

John Paul Hammerschmidt Federal Building
35 E. Mountain Street, Room 559
Fayetteville, AR 72701

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Member (1/1/15 - 12/31/15) | TLB & MBB Family Investments, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brooks, Timothy L. | 5/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Taylor Law Partners, LLP (residual payment of fees earned prior to appointment) | $17,167.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Bank of Fayetteville - Salary, Board Fees, and Compensation due for termination of employment contract |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brooks, Timothy L. | 5/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brooks, Timothy L. | 5/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alliance Bernstein Growth & Income Fund A | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 2. Bank of Fayetteville Common Stock | | None | | | Sold | 11/30/15 | L | E | Farmers & Merchants Bank |
| 3. Baron Small Cap Retail Fund | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 4. Davis New York Venture Fund A | A | Dividend | | | Sold | 12/15/15 | K | A | |
| 5. Federated Capital Appreciation Fund A | A | Dividend | | | Sold | 12/15/15 | K | A | |
| 6. Federated Kaufmann Fund A | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 7. Janis Forty Class Fund S | A | Dividend | | | Sold | 12/15/15 | K | A | |
| 8. TLB & MBB Family Investments LLC | | None | L | W | Sold (part) | 11/30/15 | O | G | Farmers & Merchants Bank |
| 9. Bank of Fayetteville Deposit Accounts | A | Interest | K | T | | | | | |
| 10. Wells Fargo Money Market | A | Interest | O | T | | | | | |
| 11. Wells Fargo IRA | A | Interest | N | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Lines 2, 8, and 10. My wife was an officer and director of the Bank of Fayetteville in Fayetteville, Arkansas ("BOF") from June 2004 through November 30, 2015. BOF was sold to the Farmers & Merchants Bank in Stuttgart, Arkansas ("F&M") on November 30, 2015. F&M paid cash in exchange for all of BOF's outstanding shares of common stock. Consequently, all of our holdings in BOF stock were liquidated to cash as a result of BOF's sale. This affected our investment holdings in two ways. First, my wife held BOF stock in her 401-K account (see Line 2). Secondly, my wife and I jointly held BOF stock in the name of TLB & MBB Family Investments, LLC ("TLB&MBB") (see Line 8). The cash proceeds from TLB&MBB's BOF stock sale was then deposited into a new investment account at Wells Fargo (see Line 10).

2. Part VII, Lines 1 - 7, and 11. My wife's employment terminated in conjunction with the closing of the sale of BOF, as explained in the preceding paragraph. Consequently, my wife's 401-K account was terminated as well. This resulted in the liquidation of the stock and mutual funds held in her 401-K (see Lines 1 - 7), the cash proceeds of which were rolled over into an IRA account at Wells Fargo (see Line 11).

| Name of Person Reporting | Date of Report |
|---|---|
| Brooks, Timothy L. | 5/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Timothy L. Brooks

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544